# United States Bankruptcy Court
District of Nebraska

In Re:
WILLIAM LOUIS BISHOP                                        CASE NO:  05-84612
JUDY ANN BISHOP                                             CHAPTER 13
SS #1: XXX-XX-8771
SS #2: XXX-XX-6777

   Debtor(s)

## APPLICATION FOR APPROVAL OF FINAL REPORT AND REQUEST FOR ORDER DISCHARGING TRUSTEE

NOTICE:  Plan Completed

COMES NOW, Kathleen A. Laughlin, Chapter 13 Trustee, and files this Application for Approval of Final Report and Request for Order Discharging Trustee. The Trustee shows the Court as follows:

1. A Final Report and Account for all receipts and disbursements in this case is attached to this Application.
2. The Trustee has completed all duties and the Chapter 13 case has been fully administered.

WHEREFORE, the Trustee requests an Order of this Court that by its entry signifies the following:

1. The Final Report and Account of the Chapter 13 Trustee is approved.
2. The Chapter 13 Trustee is discharged of further obligation in this proceeding and is discharged of her trust.
3. The bond of the Chapter 13 Trustee is cancelled and sureties thereon released from further liability thereunder except any liability which may have arisen while the bond was in effect.
4. Unless this case has been converted to another Chapter, the case is hereby closed.

DATED: 1/6/2009                                s/ Kathleen A. Laughlin
                                               Kathleen A. Laughlin
                                               Chapter 13 Trustee

## RESISTANCE NOTICE

Pursuant to Neb. R. Bankr. P. 9013-1, you are notified as follows:

1. Kathleen A. Laughlin, Chapter 13 Trustee, has filed an Application for Approval of Final Report and Request for Order Discharging Trustee.
2. The last day to file a resistance to the Trustee's Application is 2/5/2009.
   Any resistance must be filed with the Court and a copy served on the Trustee.
3. If no resistance is filed by the date set forth, the Application for Approval of Final Report and Request for Order Discharging Trustee will be granted.

WILLIAM LOUIS BISHOP
465 GRANT ST
LYONS, NE 68038-2523

# United States Bankruptcy Court
For The
District of Nebraska

Case No.: 05-84612

WILLIAM LOUIS BISHOP  
465 GRANT ST  
LYONS, NE 68038-2523

JUDY ANN BISHOP  
465 GRANT ST  
LYONS, NE 68038-2523

## FINAL REPORT AND ACCOUNT

| This case was commenced on | MO. | DAY | YR. | The Plan was confirmed on | MO. | DAY | YR. | The Case was concluded on | MO. | DAY | YR. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 10 | 11 | 05 | | 03 | 03 | 06 | | 09 | 25 | 08 |

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements.

Kathleen A. Laughlin, standing trustee for the above named case, certifies to the Court and the United States Trustee, that the duties of the standing trustee has been faithfully and properly fulfilled, and that the case has been fully administered.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.        $        6,331.00

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| AMERICAN NATIONAL BANK | 001 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| BRANDON BISHOP | 002 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| DINKLAGE MEDICAL CLINIC | 003 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| DISCOVER FINANCIAL SVCS | 004 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| DOUGLAS M GUY MD | 005 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| FAMC | 006 | Unsecured | 1,824.64 | 17.90 | 0.00 | 1,806.74 |
| ECAST SETTLEMENT CORP | 007 | Unsecured | 2,548.57 | 25.00 | 0.00 | 2,523.57 |
| JOHN H HOGUE MC | 008 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| LINDA GARCIA DORTA MD | 009 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| SHOPPERS CHARGE ACCOUNT | 010 | Secured | 300.00 | 300.00 | 26.38 | 0.00 |
| SHOPPERS CHARGE ACCOUNT | 010 | Unsecured | 861.89 | 8.45 | 0.00 | 853.44 |
| ECAST SETTLEMENT CORP | 011 | Unsecured | 5,129.23 | 50.31 | 0.00 | 5,078.92 |
| ECMC | 012 | Unsecured | 3,218.23 | 31.57 | 0.00 | 3,186.66 |
| ORAL MAXILLOFACIAL & FACI | 013 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| RESURGENT CAPITAL SVCS | 014 | Unsecured | 14,271.36 | 140.00 | 0.00 | 14,131.36 |
| SIOUXLAND SURGERY CENTER | 015 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| PORTFOLIO RECOVERY ASSOCI | 016 | Unsecured | 35,092.23 | 344.25 | 0.00 | 34,747.98 |
| ECAST SETTLEMENT CORP | 017 | Unsecured | 4,584.48 | 44.97 | 0.00 | 4,539.51 |
| ECAST SETTLEMENT CORP | 018 | Secured | 3,475.00 | 3,475.00 | 305.85 | 0.00 |
| ECAST SETTLEMENT CORP | 018 | Unsecured | 6,916.75 | 67.85 | 0.00 | 6,848.90 |
| WELLS FARGO CARD SVCS | 019 | Unsecured | 8,555.48 | 83.93 | 0.00 | 8,471.55 |
| WELLS FARGO HOME MORTGAGE | 020 | DirectPay | 37,450.39 | 0.00 | 0.00 | DirectPay |
| ROUNDUP FUNDING LLC | 021 | Unsecured | 392.48 | 3.85 | 0.00 | 388.63 |
| FAMC | 022 | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| WILLIAM LOUIS & JUDY ANN | 777 | Refund | 0.00 | 0.00 | 0.00 | 0.00 |

# United States Bankruptcy Court

For The
District of Nebraska

Case No.: 05-84612

WILLIAM LOUIS BISHOP
465 GRANT ST
LYONS, NE 68038-2523

JUDY ANN BISHOP
465 GRANT ST
LYONS, NE 68038-2523

## FINAL REPORT AND ACCOUNT

| | MO. | DAY | YR. | | MO. | DAY | YR. | | MO. | DAY | YR. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| This case was commenced on | 10 | 11 | 05 | The Plan was confirmed on | 03 | 03 | 06 | The Case was concluded on | 09 | 25 | 08 |

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements.

Kathleen A. Laughlin, standing trustee for the above named case, certifies to the Court and the United States Trustee, that the duties of the standing trustee has been faithfully and properly fulfilled, and that the case has been fully administered.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.     $    6,331.00

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| WILLIAM LOUIS & JUDY ANN | 999 | Refund | 31.00 | 31.00 | 0.00 | 0.00 |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL | |
|---|---|---|---|---|---|---|---|
| AMOUNT ALLOWED | 3,775.00 | 0.00 | 83,395.34 | 0.00 | 31.00 | 87,201.34 | TOTAL PAID PRINCIPAL AND INTEREST |
| PRINCIPAL PAID | 3,775.00 | 0.00 | 818.08 | 0.00 | 31.00 | 4,624.08 | |
| INTEREST PAID | 332.23 | 0.00 | 0.00 | 0.00 | 0.00 | 332.23 | 4,956.31 |

OTHER DISBURSEMENT UNDER ORDER OF COURT

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| RICHARD REGISTER | 1,065.00 | 1,065.00 |

| COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION | FILING FEE AND DEPOSIT | ADDITIONAL CHARGES CLERK'S CHARGES | ADDITIONAL CHARGES .25 EACH CLAIM OVER 10 | TRUSTEE COMPENSATION FUND | OTHER COST | |
|---|---|---|---|---|---|---|
| | 0.00 | 0.00 | | 309.69 | 0.00 | 309.69 |

Kathleen A. Laughlin